# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**BRYAN K. ABSTON**　　　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**
**ADC #154648**

v.　　　　　　　　No. 4:21-cv-729-DPM

**TAMMY ALLEN, Business Manager, ADC**
**Cummins Unit, and DEXTER PAYNE,**
**Director, ADC**　　　　　　　　　　　　　　　　　　　　　　　　　　**DEFENDANTS**

## ORDER

This case is closely related to *Hayes v. Rutledge*, 4:21-cv-347-LPR, and several other cases recently filed in the Eastern District of Arkansas. Judge Rudofsky has agreed to accept a transfer, and that would promote judicial economy. The Court therefore directs the Clerk to reassign this case to Judge Rudofsky. GENERAL ORDER NO. 39, § (b)(5).

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

24 August 2021